176 A.3d 211

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DAVID FERNANDEZ, DEFENDANT-PETITIONER.

C–378 September Term 2017
079721

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004313–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.